IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARIA L JARAMILLO,

          Plaintiff,

vs.                                Civil No.     14-298 SMV

CAROLYN W. COLVIN, Acting
Commissioner of the Social Security
Administration,
          Defendant.

### ORDER FOR THE AWARD OF ATTORNEY FEES
### PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)

THIS MATTER is before the Court on Plaintiff's Motion for Attorney Fees Pursuant to the Equal Access to Justice Act, with Memorandum in Support [Doc. 27], filed on August 3, 2015. **The parties have stipulated to EAJA fees in the amount of $6,000.00 for work performed in 2014 and 2015**. The Court being otherwise fully advised in the premises, FINDS that the motion is well-taken and will be **GRANTED in part**.

IT IS THEREFORE ORDERED THAT the motion is **GRANTED in part**, and Plaintiff is awarded $6,000.00 in attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). See <u>Astrue v. Ratliff</u>, 560 U.S. 586, 591-93 (2010) (EAJA fees are paid to the prevailing party, not the attorney).

IT IS FURTHER ORDERED THAT, if Plaintiff's counsel receives attorney fees under both the EAJA and 42 U.S.C. § 406(b) of the Social Security Act, Plaintiff's counsel shall refund the smaller award to Plaintiff pursuant to <u>Weakley v. Bowen</u>, 803 F.2d 575, 580 (10th Cir. 1986).

IT IS SO ORDERED.

_____
THE HONORABLE STEPHAN M. VIDMAR
United States Magistrate Judge

Submitted By:
*/s/Michael D. Armstrong*
Michael D. Armstrong
Attorney for Plaintiff
220 Adams St. SE, Suite B,
Albuquerque, NM 87108
Bus. (505) 890-9056 Fax. (505) 266-5860

Email Approval on 8/17/15
Michael Howard
Assistant Regional Counsel
Social Security Administration, Region VIII
Office of the General Counsel
1961 Stout St., Ste. 4169
Denver, CO 80294-4003
Phone: (303) 844-7192
Facsimile: (303) 844-0770
Michael.Howard@ssa.gov